UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: DALE D. KUNKEL    :    Case No. 01-25282REF
       Debtor    :    Chapter 7

## ORDER GRANTING MOTION TO REOPEN CASE

AND NOW, this 9th day of October, 2007, upon the request of the pro se Debtor to reopen his Chapter 7 case to allow him to file an amended Schedule "B," reflecting his alleged ownership of certain copyrights and litigation effecting his defense of such copyrights, that he had neglected to include in his Chapter 7 case before he received his discharge and the case was closed, and upon my noting in open Court on this matter today that I believed that Debtor's motion should be granted,

IT IS HEREBY ORDERED that I hereby ratify, approve, and affirm my findings fo fact and statements of law in open Court today as the basis of this Order.

IT IS FURTHER HEREBY ORDERED that Debtor's request to reopen this case is hereby GRANTED.

IT IS FURTHER HEREBY ORDERED that Debtor shall file, on or before October 19, 2007, a revised Schedule "B," disclosing his alleged ownership of certain copyrights and related litigation and the value of each of them (including a statement of how he determined the value of each additional asset).

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge