UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** Dale D. Kunkel, | ) | Chapter 7 |
| *Debtor,* | ) | Bankruptcy No: 01-25282 |

## ORDER

AND NOW, this **24** day of **January**, 2008, Upon consideration of Debtor's Cross Motion for Abandonment at Page 4, No. 8(a) and (b) it is

OREDERED, that the following property listed on Debtor's Amended Schedule "B" shall be abandoned to Debtor in accordance with 11 U.S.C. § 554(b). *[Amended Schedule "B" attached hereto for reference]*:

(21) Copyright infringement claim - Kunkel v. Jasin filed in the Eastern District of Pennsylvania, Case No. 07-01241, and;

(22) All architectural plans and copyrights listed by Debtor.

By the Court

_____
Richard E. Fehling
Bankruptcy Judge, U.S. Bankruptcy Court

Interested Parties:
*Counsel for David A. Eisenberg:*
**Howard Gershman, Esquire**
Flamm Boroff & Bacine, PC
794 Penllyn Pike
Blue Bell, PA 19422

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

In re __Dale D. Kunkel__,                                          Case No. __01-25282__
        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Corporate Checking Account in the name of Dale Kunkel Designs, Inc. Lafayette Bank | | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. Houseold Goods, each having a value of $400 or less; itemized list furnished upon request. Debtor's Residence. | | 1,650.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes Debtor's Residence | | 300.00 |
| 7. Furs and jewelry. | | Misc. Costume Jewelry Debtor's Residence | | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 3 Hunting Rifles Debtor's Residence | | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

In re __Dale D. Kunkel__,                              Case No. __01-25282__
         Debtor                                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock-D.K. Homes, Inc. - Zero Value D.K. Homes, Inc. [Inactive Since Formation] | | 0.00 |
| | | Stock - Dale Kunkel Designs, Inc. - Zero Value Dale Kunkel Designs, Inc. [Inactive Since 2002] | | 0.00 |
| | | 50% Ownership Saucon Valley Homes, Inc. - Zero Value Out of Existence filed 2000, No Assets Were Distributed to Debtor. | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counterclaim Jasin v. Kunkel, Equity In Law Court of Common Pleas, Lehigh County, PA Case No. 1999-E-82. PRE-PETITION DAMAGE CLAIM | | 320,509.00 |
| | | Civil RICO Complaint - Kunkel v. Jasin Eastern District of Pa. Case No. 03-03355 Filed: May 28, 2003 INCLUDES BOTH PRE & POST PETITION DAMAGES | | 1,533,000.00 |
| | | Copyright Infringement Claim - Kunkel v Jasin Eastern District of Pa. Case No. 07-01241 Filed: March 28, 2007 DAMAGES ACCRUED POST PETITION | | 977,500.00 |

Form B6B-cont.
(10/05)

In re __Dale D. Kunkel_____,    Case No. __01-25282__
         Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Various architectural designs and derivative architectural plans known as the Maison, Coventry, Woodbury, Danbury, Buckingham, Madison, and Wrenfield that were unregistered with the Library of Congress on the date the Petition was filed. The plans were subsequently registered during the course of the bankruptcy of which the court was informed. Several custom home plans designed for home buyer and represented as one time use and not to be used again for the construction of another home. Copyrighted design workbook that is a compilation of the plans referenced above. | | 750.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Chevy Pickup Truck - Approx 50,000 Miles Debtor's Residence<br>1988 Chevy Lumina Debtor's Residence | | 18,000.00<br><br>2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__0__ continuation sheets attached    Total▶    $    2,855,059.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)